UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER IRVING HART,

    Plaintiff,

v.

LAKE COUNTY SHERIFF, et al.,

    Defendants.

Case No. 21-cv-06511-BLF (PR)

**ORDER OF DISMISSAL**

    Plaintiff, an inmate at the Lake County Jail, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On January 18, 2022, mail sent to Plaintiff was returned as undeliverable with an "Unable to forward" label on the envelope.  Dkt. No. 8.  Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

    Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending.  *See* Civ. L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* Civ. L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated:  __March 21, 2022____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.21\06511Hart_dis-LR3

2