UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER IRVING HART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY SHERIFF, et. al.,<br><br>　　　　Defendants. | Case No. 21-cv-06511-BLF  (PR)<br><br>**JUDGMENT** |

　　　For the reasons stated in the order of dismissal, this action is dismissed without prejudice.  Judgment is entered accordingly.  The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated:  __March 21, 2022___

　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\NH773EIW\06511Hart_jud.docx